# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 26, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130916(68)

STACEY McELHANEY, Next
Friend of Jerel McElhaney, a
Minor,
      Plaintiff-Appellant,

v

HARPER-HUTZEL HOSPITAL,
f/k/a HUTZEL HOSPITAL,
      Defendant-Appellee.

SC: 130916
COA: 254376
Wayne CC: 00-019546-NH

_____/

      On order of the Court, the motion for reconsideration of this Court's September 10, 2007 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

      KELLY, J., would grant reconsideration.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2008

d0319

_____
Clerk